

## NUMBER 13-10-00169-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**BLUE FISH WORX, L.P.,**                                                    **Appellant,**

**v.**

**AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,**                                          **Appellee.**

### On appeal from the 9th District Court
### of Montgomery County, Texas.

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Garza
### Memorandum Opinion Per Curiam

Appellant, Blue Fish Worx, L.P., perfected an appeal from a judgment entered by the 9th District Court of Montgomery County, Texas, in cause number 09-07-07149-CV. The parties have filed an agreed motion to dismiss the appeal on grounds the parties have entered into a settlement. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
27th day of May, 2010.